1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9                    (SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
|---|---|
| RAYMOND SUGALSKI, Administrator of the Estate of PATRICIA SUGALSKI<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>Defendant. | Case No. C 06 5708 CRB<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Raymond Sugalski, substitutes B. Kristian W. Rasmussen, Esq. and Rachael Raymon Gilmer, Esq. of the law firm, LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A., as counsel of record in lieu of PAUL PERLSTEIN, Esq. and ROBERT W. SINK, Esq. in the above-titled action.

DATED this 12 day of Dec, 2006.

//

| | | |
|---|---|---|
| 1 | Outgoing counsel: | Incoming counsel: |
| 2 | | |
| 3 | Dated: *[signature]* | Dated: *[signature]* |
| 4 | Paul M. Perlstein, Esquire | B. Kristian W. Rasmussen, III, FL Bar No. 0229430 |
| 5 | Attorney I.D. #10340<br>P.O. Box 834 | Rachael Raymon Gilmer, FL Bar No. 0887331<br>LEVIN, PAPANTONIO, THOMAS, |
| 6 | Doylestown, PA 18901-0834<br>(215) 348-3700 | MITCHELL, ECHSNER & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600 (32502) |
| 7 | Pensacola, FL 32502 | P. O. Box 12308<br>Pensacola, Florida 32591 |
| 8 | Outgoing counsel: | Telephone:  (850) 435-7080<br>Facsimile:  (850) 435-7020 |
| 9 | Dated: | |
| 10 | *[signature]* Robert W. Sink | |
| 11 | Robert W. Sink, Esq<br>Attorney I.D. # 73201 | |
| 12 | 319 W. Front Street<br>Media, PA 19063 | |
| 13 | (610) 566-4408 | |

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS ORDERED THAT B. Kristian W. Rasmussen, Esq. and Rachael Raymon Gilmer, Esq. of the law firm, LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A., as counsel of record in lieu of PAUL PERLSTEIN, Esq. and ROBERT W. SINK, Esq. in the above-titled action.**

A file stamped copy of this Stipulation and Order shall be served on the attorney for the defendant.

Dated: Jan. 3, 2007

Hon. Charles R. Breyer
United States *[District Judge]*

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

- 2 -

PFZR/1035934/1030331v.1